UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSES MANUEL CHAVARIN, | Case No. 1:25-cv-00810-BAM |
| Plaintiff, | **ORDER ON APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING CLERK TO ISSUE SUMMONS AND SCHEDULING ORDER** |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (Doc. 2) |
| Defendant. | |

Pending before the Court is Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915. Plaintiff has made the showing required by § 1915, and the request to proceed *in forma pauperis* will be granted. 28 U.S.C. § 1915(a). Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's application to procced *in forma pauperis* is GRANTED;

2. The Clerk of the Court is directed to issue new case documents, including the Scheduling Order;

3. The Clerk of the Court also is directed to issue summons and service shall proceed under the Court's E-Service program with the Clerk delivering to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of the action along with the summons and complaint.

IT IS SO ORDERED.

Dated:  __July 7, 2025__          ___/s/ Barbara A. McAuliffe___

UNITED STATES MAGISTRATE JUDGE