JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Moses Manuel Chavarin,<br><br>    Plaintiff,<br><br>    vs.<br><br>Frank Bisignano, COMMISSIONER OF SOCIAL SECURITY[1],<br><br>    Defendant. | Case No. 1:25-cv-00810-KES-BAM<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from October 3, 2025 to December 2, 2025, for Plaintiff to serve on defendant with PLAINTIFF'S

---

[1] Frank Bisignano became the Acting Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

MOTION FOR SUMMARY JUDGEMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

     This is Plaintiff's first request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the weeks of September 22, 2025 and September 29, 2025, Plaintiff's Counsel has fourteen briefs due and three replies due. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

          Respectfully submitted,

Dated: September 30, 2025    PENA & BROMBERG, ATTORNEYS AT LAW

         By: */s/ Jonathan Omar Pena*
            JONATHAN OMAR PENA
            Attorneys for Plaintiff

Dated: September 30, 2025    ERIC GRANT
            United States Attorney
            MATHEW W. PILE
            Associate General Counsel
            Office of Program Litigation
            Social Security Administration

         By: **/s/ Oscar Gonzalez de Llano*
            Oscar Gonzalez de Llano
            Special Assistant United States Attorney
            Attorneys for Defendant
            (*As authorized by email on September 30, 2025)

**ORDER**

Based upon the parties' stipulation, and for cause show, IT IS ORDERED that:

- Plaintiff shall have a 60-day extension of time, from October 3, 2025 to December 2, 2025, for Plaintiff to serve Defendant with Plaintiff's motion for summary judgment; and

- All other dates in the Court's Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **October 1, 2025**                    /s/ *Barbara A. McAuliffe*
                                                                    UNITED STATES MAGISTRATE JUDGE