DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Moses Manuel Chavarin,<br><br>   Plaintiff,<br><br>   vs.<br><br>Frank Bisignano, COMMISSIONER OF SOCIAL SECURITY[1],<br><br>   Defendant. | Case No. 1:25-cv-00810-KES-BAM<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 38-day extension of time, from December 2, 2025 to January 9, 2025, for Plaintiff to serve on defendant with PLAINTIFF'S

---

[1] Frank Bisignano became the Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

MOTION FOR SUMMARY JUDGMENT . All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's second request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the weeks of November 24, 2025 and December 1, 2025, Plaintiff's Counsel has four merit briefs due and five reply briefs due. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Furthermore, this matter was recently assigned to undersigned Counsel for the plaintiff. Additionally, there are intervening holidays, including Thanksgiving Christmas and Hanukkah. Undersigned counsel also has preplanned vacation during the last two weeks of December 2025. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                                                      Respectfully submitted,

Dated: November 26, 2025    PENA & BROMBERG, ATTORNEYS AT LAW

                                            By: */s/ Dolly M. Trompeter*
                                                 DOLLY M. TROMPETER
                                                 Attorneys for Plaintiff

Dated: November 26, 2025    ERIC GRANT
                                                 United States Attorney
                                                 MATHEW W. PILE
                                                 Head of Program Litigation 1
                                                 Law & Policy
                                                 Social Security Administration

                                          By:  */s/ Oscar Gonzalez de Llano*
                                                 Oscar Gonzalez de Llano

Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on November 26, 2025)

# **ORDER**

Pursuant to the parties' joint stipulation (Doc. 14) and good cause having been shown, it is ORDERED that:

1. Plaintiff shall have a 38-day extension of time, from December 2, 2025 to January 9, 2026, for Plaintiff to serve Defendant with Plaintiff's Motion for Summary Judgment; and

2. All other dates in the Court's Scheduling Order (Doc. 5) shall be extended accordingly.

IT IS SO ORDERED.

Dated: **December 1, 2025**         /s/ *Barbara A. McAuliffe*
                            UNITED STATES MAGISTRATE JUDGE