**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

MOSES MANUEL CHAVARIN,

Plaintiff,

v.

FRANK BISIGNANO, Commissioner of Social Security[1]

Defendant.

______________________________________/

Case No. 1:25-cv-0810-KES-EGC

**ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATIONS THAT PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT BE GRANTED AND THE ACTION BE REMANDED TO THE COMMISSIONER FOR FURTHER PROCEEDINGS**

(Doc. 24)

On July 2, 2025, Plaintiff Moses Manuel Chavarin ("Plaintiff") filed a complaint seeking judicial review of a final decision of the Commissioner of Social Security (the "Commissioner" or "Defendant") denying his application for disability insurance benefits ("DIB") and supplemental security income ("SSI") under the Social Security Act (the "Act"). (Doc. 1). Plaintiff filed his motion for summary judgment on January 9, 2026, (Doc. 18), and Defendant filed his response on February 5, 2026, (Doc. 20). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

---

[1] On May 7, 2025, Frank Bisignano was named Commissioner of the Social Security Administration. *See* https://www.ssa.gov/history/commissioners.html. He is therefore substituted as the defendant in this action. *See* 42 U.S.C. § 405(g) (referring to the "Commissioner's Answer"); 20 C.F.R. § 422.210(d) ("the person holding the Office of the Commissioner shall, in [their] official capacity, be the proper defendant.").

On June 17, 2026, the assigned magistrate judge issued findings and recommendations recommending that Plaintiff's motion for summary judgment be granted and the action be remanded to the Commissioner for further proceedings. (Doc. 24).

The parties were granted fourteen days from the date of service to file any objections to the findings and recommendations of the magistrate judge. (*Id.* at 14). In addition, the parties were "advised that failure to file objections within the specified time may waive the right to appeal the district judge's order." *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 834 (9th Cir. 2014)). To date, no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court conducted a de novo review of the case. Having carefully reviewed the matter, the Court finds the findings and recommendations are supported by the record and proper analysis. Based upon the foregoing, the Court ORDERS:

1. The findings and recommendations filed June 17, 2026, (Doc. 24), are ADOPTED IN FULL;
2. Plaintiff's motion for summary judgment, (Doc. 18) is GRANTED;
3. This action is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with this decision; and
4. The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Moses Manuel Chavarin and against Defendant Frank Bisignano, Commissioner of Social Security, and to CLOSE this action.

IT IS SO ORDERED.

Dated: July 27, 2026

UNITED STATES DISTRICT JUDGE